**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IDA RIVOTA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-21-CV-177-KC** |
| | § | |
| **MEDICAL DEVICE BUSINESS** | § | |
| **SERVICES, INC., formerly known as** | § | |
| **DEPUY ORTHOPAEDICS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 6.  In

accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the

Stipulation of Dismissal, it is hereby **ORDERED** that all of Plaintiff's claims in this case are

**DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 18th day of November, 2021.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE